UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Case No. 1:16-cr-00154-NLH |
|---|---|---|
| Plaintiff, | : | |
| | : | MOTION FOR RELIEF FROM |
| v. | : | ERISA SECTION 411 DEBARMENT |
| | : | |
| JOSHUA GAYL | : | |
| | : | Judge:  Hon. Noel L. Hillman |
| Defendant. | : | |

## **ORDER**

In consideration of Defendant Joshua Gayl's Motion for Relief from ERISA Section 411 Debarment pursuant to 29 U.S.C. § 1111(a), the Court hereby ORDERS the Motion is GRANTED and issues Defendant an Exemption from ERISA Section 411 Debarment.

Dated:_____                    _____
                                          NOEL L. HILLMAN
                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:16-cr-00154-NLH |
| Plaintiff, | : : | |
| | : | MOTION FOR RELIEF FROM |
| v. | : | ERISA SECTION 411 DEBARMENT |
| | : | |
| JOSHUA GAYL | : | |
| | : | Judge:  Hon. Noel L. Hillman |
| Defendant. | : | |

## DEFENDANT'S MOTION FOR RELIEF FROM ERISA SECTION 411 DEBARMENT PURSUANT TO 29 U.S.C. § 1111(a)

Defendant, Joshua Gayl, by and through counsel, moves for an order granting an exemption from the debarment of ERISA Section 411, pursuant to the statute's exemption procedures, as codified in 29 U.S.C. § 1111(a).  As described in Defendant's Memorandum of Law and Affidavit supporting this motion Defendant has been offered a position in a firm with an ERISA component. ERISA Section 411 bars him from accepting this position, unless this Court finds that Defendant has demonstrated rehabilitation since commission of the underlying offense and that he is not a danger to this organization. The grounds for this Motion are fully set forth in Defendant's Memorandum of Law and Affidavit, incorporated here and filed with this Motion.  Undersigned counsel requests a hearing be scheduled via videoconference.

Respectfully Submitted,

Dated: July 6, 2020

 */s/ Ellen C. Brotman*
Attorney for Defendant, Joshua Gayl
Ellen C. Brotman, Esq., PA Id. # 71775
Brotman Law
One South Broad Street, Suite 1500
Philadelphia, Pennsylvania 19107
(215) 609-3247
ebrotman@ellenbrotmanlaw.com